IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FALLON COMMUNITY HEALTH PLAN, INC., *Plaintiff,* v. INNOVACCER INC., *Defendant.* | CASE NO.: 4:25-cv-13790-MRG |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the Plaintiff Fallon Community Health Plan, Inc. files this Notice of Dismissal of the above-captioned action with prejudice and in support thereof avers as follows:

1. Fallon commenced the present action on December 10, 2025 and proof of service has been duly filed with this Court.

2. Innovaccer, Inc. has neither served an answer nor a motion for summary judgment.

WHEREFORE, Plaintiff Fallon Community Health Plan, respectfully requests the Court to dismiss the above-captioned action with prejudice.

Respectfully submitted,

FALLON COMMUNITY HEALTH PLAN, INC.,

By its attorneys,

 /s/ Pamela E. Berman
Pamela E. Berman (BBO No. 551806)
Christopher P. Fitzgerald (BBO No. 685408)
CONN KAVANAUGH ROSENTHAL PEISCH
& FORD LLP
One Federal Street, 15th Floor
Boston, Massachusetts  02110
pberman@connkavanaugh.com
cfitzgerald@connkavanaugh.com
Tel.: 617-482-8200
Fax:  617-482-6444

Dated:  January 21, 2026

CERTIFICATE OF SERVICE

I, Pamela E. Berman, hereby certify that on this 21st day of January, 2026, I served a true and correct copy of this Notice of Dismissal upon counsel for Innovaccer, Inc. via email.

 /s/ Pamela E. Berman
Pamela E. Berman

4922-1161-2042, v. 1